■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON BUCKNER, Appellant. [651 NYS2d 315] —Appeal by the defendant from a judgment of the County Court, Westchester County (Leavitt, J.), rendered March 25, 1996.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636). Mangano, P. J., O'Brien, Pizzuto, Goldstein and Luciano, JJ., concur.